No. 72–1038.  KRILICH v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1056.  FIORE, DBA FIORE TRUCKING CO. ET AL. v. BRENNAN, SECRETARY OF LABOR, ET AL.  C. A. 3d Cir. Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1134.  REIBERT ET AL. v. ATLANTIC RICHFIELD CO. ET AL.  C. A. 10th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1135.  CENTRAL RAILROAD COMPANY OF NEW JERSEY v. BAKER, TRUSTEE, ET AL.  C. A. 3d Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1151.  CITY OF SANTA FE ET AL. v. SANGRE DE CRISTO DEVELOPMENT CO., INC.  Sup. Ct. N. M.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5002.  THOMAS v. ILLINOIS.  Sup. Ct. Ill. Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5732.  DELL v. LOUISIANA.  C. A. 5th Cir. Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–5972.  MARTIN v. JARRETT, JUDGE.  Sup. Ct. App. W. Va.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–6122.  DUVALL v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.